No. 352. COUNTY OF THURSTON ET AL. *v.* UNITED STATES. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Walter R. Johnson,* Attorney General of Nebraska, *H. Emerson Kokjer,* Deputy Attorney General, and *Mr. Alfred D. Raun* for petitioners. *Acting Solicitor General Judson, Messrs. J. Edward Williams* and *Roger P. Marquis* for the United States.

No. 359. STOCKHOLDERS' COMMITTEE OF THE UNIVERSAL LUBRICATING SYSTEMS, INC. *v.* STALEY, TRUSTEE. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. S. Wallace Dempsey* for petitioner. *Messrs. A. E. Kountz* and *Clarence A. Fry* for respondent.

No. 370. NATIONAL ELECTRIC PRODUCTS CORP. *v.* TRIANGLE CONDUIT & CABLE CO., INC. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. George E. Faithfull* for petitioner. *Messrs. Samuel E. Darby, Jr.* and *Floyd H. Crews* for respondent.

No. 371. SACHAROFF *v.* CORSI, INDUSTRIAL COMMISSIONER, ET AL.; and

No. 372. SCHIFFMAN *v.* CORSI, INDUSTRIAL COMMISSIONER, ET AL. October 8, 1945. Petition for writs of certiorari to the Court of Appeals of New York denied. *Mr. George A. Ferris* for petitioners. *Nathaniel L. Goldstein,* Attorney General of New York, and *Orrin G. Judd,* Solicitor General, for respondents. Reported below: 294 N. Y. 305, 62 N. E. 2d 81.